**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 19, 2018.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-18-00539-CV**

---

## IN RE ELIZABETH THOMAS, ALBERT PERRY III. CATRICE HENRY, AND ALVIN R. MULLEN II, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-82388**

---

## MEMORANDUM OPINION

On July 2, 2018, relators Elizabeth Thomas, Albert Perry III, Catrice Henry, and Alvin R. Mullen II filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the

petition, relators ask this court to compel the Honorable R.K. Sandill, presiding judge of the 127th District Court of Harris County, to vacate as void his June 18, 2018 order on "Plaintiff Elizabeth Thomas' Purported 'Notice of Removal'" to federal court.

Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We further deny all motions for sanctions, and also deny relators' motion to transfer as moot. We lift the stay entered on July 3, 2018.

PER CURIAM

Panel consists of Justices Donovan, Brown, and Jewell.